In the Matter of CORA M. McKITTERICK, an Incompetent Person. MARY V. A. LEAVITT, Appellant; HERMAN E. RIDDELL, as Committee of the Person of CORA M. McKITTERICK, et al., Respondents.— Motion to dismiss appeals on the grounds that the appellant is not an aggrieved party and that no substantial right of the appellant was affected by the orders, denied, without costs. (Matter of Gibbons [183 App. Div. 917], 183 App. Div. 302, affd. 224 N. Y. 615; Matter

*of Norris,* 266 App. Div. 882; *Matter of Foster,* 230 App. Div. 730, affd. 254 N. Y. 614; *Matter of Buck,* 267 App. Div. 328.) (See *Matter of McKitterick, post,* p. 885.) Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ.

■

In the Matter of NICHOLAS PIUMELLI, Respondent, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Appellant.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See 285 App. Div. 1178.]

